COMMONWEALTH of Pennsylvania,
Respondent

v.

Robert M. SMITH, Petitioner.

Supreme Court of Pennsylvania.

June 4, 2001.

Robert M. Smith, Pittsburgh, Petitioner, pro se.

Catherine Lynn Marshall, Philadelphia Dist. Atty.'s Office, Philadelphia, for Com. of PA, Respondent.

David Michael Donaldson, Administrative Office of Pennsylvania Courts, Philadelphia, for Court of Common Pleas of Phila. County, Respondent.

### *ORDER*

PER CURIAM.

**AND NOW**, this 4th day of June, 2001, the request for leave to file original process is granted and the Petition for Writ of Mandamus and/or Extraordinary Relief, the Application for Immediate Hearing, the Renewed Application for Immediate Hearing and the Motion to Grant Petition are denied.